# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE | Case No. 2:18-mj-00114-JAW-1<br><br>Filed Under Seal |

## MOTION TO EXTEND SEARCH WARRANT RETURN DATE

The United States respectfully requests that the Court extend the time to return the warrant and inventory in the above-captioned search warrant ('the warrant'). The basis for this request is as follows:

On March 30, 2018, the Court authorized the warrant. That same day, the warrant was served upon Google. While the initial anticipated return date for the warrant was no later than April 9, 2018, FBI has not received the requested material from Google.

The government requests that the warrant return date be extended to May 8, 2018. Should FBI require additional time to complete the inventory and warrant, a second motion to extend will be filed.

Dated: April 25, 2018.

HALSEY B. FRANK
UNITED STATES ATTORNEY

 /s/ Michael J. Conley

Michael J. Conley
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street, 6th Floor
Portland, ME  04101
(207) 780-3257
Michael.Conley@usdoj.gov