# UNITED STATES DISTRICT COURT
for the
District of Maine

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:18-mj-114-JAW
)
INFORMATION THAT IS STORED AT PREMISES )
CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE )
PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the **Northern** District of **California** *(identify the person or describe the property to be searched and give its location)*:

INFORMATION THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE, 1600 AMPHITHEATRE PARKWAY, MOUNTAIN VIEW, CALIFORNIA 94043. See Attachment A Section I.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment A Section II.

**YOU ARE COMMANDED** to execute this warrant on or before **April 9, 2018** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **John A. Woodcock, Jr.**
*(United States District Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ___.

Date and time issued: March 30, 2018 4:28 p.m.

*Judge's signature*

City and state: Portland, Maine John A. Woodcock, Jr., U.S. District Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:18-mj-114-JAW | Date and time warrant executed: 03/30/2018; 5:08 PM | Copy of warrant and inventory left with: Google Inc LERS portal |
| Inventory made in the presence of: NA - electronic service | | |
| Inventory of the property taken and name of any person(s) seized: | | |

N/A - Google did not provide information responsive to the warrant

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the ~~designated judge.~~ United States Attorney's Office for electronic filing with the Court.

Date: 08/06/2018

_____
Executing officer's signature

SA Patrick M. Clancy, FBI
Printed name and title

# ATTACHMENT A

I. **Subject Accounts and Execution of Warrant**

This warrant is directed to Google, Inc. (the "Provider"), headquartered at 1600 Amphitheatre Parkway, and applies to information further described in Section II below within the Provider's possession, custody, or control associated with any devices using Google Location Services, utilizing either WIFI, GPS or Bluetooth based locations, (excluding cell-based locations) in TWO OR MORE of following locations at the listed times (the "Subject Accounts"):

A) 7:10 p.m. to 7:40 p.m. on March 20, 2018:

>Within a 4-point polygon bounded by the following points:
A. Latitude 43.6979028 and Longitude -70.3082553; B. Latitude 43.6978770 and Longitude -70.3053427; C. Latitude 43.6960219 and Longitude -70.3053529; and D. Latitude 43.6959888 and Longitude -70.3082553, which corresponds to the Riverton Gas Station, located at 1585 Forest Avenue, Portland, Maine.

B) 7:46 p.m. to 8:16 p.m. on March 21, 2018:

>Within a 4-point polygon bounded by the following points:
A. Latitude 43.7262833 and Longitude -70.2338529; B. Latitude 43.7262511 and Longitude -70.2309282; C. Latitude 43.7242234 and Longitude -70.2309133; and D. Latitude 43.7242126 and Longitude -70.2337786, which corresponds to the Lil Mart, located at 264 US Route 1, Falmouth, Maine.

C) 12:23 p.m. to 12:53 p.m. on March 22, 2018:

>Within a 4-point polygon bounded by the following points:
A. Latitude 43.6743182 and Longitude -70.3741012; B. Latitude 43.6743182 and Longitude -70.3710381; C. Latitude 43.6723843 and Longitude -70.3710381; and D. Latitude 43.6723750 and Longitude -70.3741012, which corresponds to the Good Things, located at 113 Saco Street, Westbrook, Maine.

D) 7:49 p.m. to 8:19 p.m. on March 22, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.7823757 and Longitude -70.2587237; B. Latitude 43.7823522 and Longitude -70.2552521; C. Latitude 43.7804136 and Longitude -70.2552716 and D. Latitude 43.7804136 and Longitude -70.2587497, which corresponds to the Express Mart, located at 174 Main Street, Cumberland, Maine.

E) 7:24 a.m. to 7:54 a.m. on March 24, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.6771399 and Longitude -70.3661392; B. Latitude 43.6771399 and Longitude -70.3633727; C. Latitude 43.6753106 and Longitude -70.3633653; D. Latitude 43.6753160 and Longitude -70.3661764, which corresponds to the Daily Grind, located at 820 Main Street, Westbrook, Maine.

F) 8:03 p.m. to 8:33 p.m. on March 25, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.6959810 and Longitude -70.2853316; B. Latitude 43.6959677 and Longitude -70.2825910; C. Latitude 43.6940800 and Longitude -70.2826096; and D. Latitude 43.6940833 and Longitude -70.2853501, which corresponds to the China Taste Restaurant, located at 1223 Washington Avenue, Portland, Maine.

G) 8:10 p.m. to 8:40 p.m. on March 26, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.7147115 and Longitude -70.3355798; B. Latitude 43.7146814 and Longitude -70.3327242; C. Latitude 43.7128286 and Longitude -70.3327159; and D. Latitude 43.7128166 and Longitude -70.3355713, which corresponds to the Subway restaurant, located at 690 Bridgton Road, Westbrook, Maine.

H) 8:10 p.m. to 8:40 p.m. on March 27, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.6437283 and Longitude -70.3302177; B. Latitude 43.6437349 and Longitude -70.3272665; C. Latitude 43.6418139 and Longitude -70.3272526; D. Latitude 43.6418239 and Longitude -70.3301853, which

corresponds to the Aroma Joe's establishment located at 443 Western Avenue, South Portland, Maine.

I) 3:13 p.m. to 3:43 p.m. on March 29, 2018:

Within a 4-point polygon bounded by the following points: A. Latitude 43.5083457 and Longitude -70.4110681; B. Latitude 43.5083277 and Longitude -70.4084470; C. Latitude 43.5064448 and Longitude -70.4084803; and D. Latitude 43.5064809 and Longitude -70.4111097, which corresponds to the China Eatery restaurant, located at 5 Ocean Park Road, Old Orchard Beach, Maine.

## II. Information to Be Provided by the Provider

To the extent that the information described in Section I is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Section I:

a. All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

b. All location data, whether derived from Global Positioning System (GPS) data, cell site/cell tower triangulation/trilateration, and precision measurement information such as timing advance or per call measurement data, and Wi-Fi location, including the GPS coordinates and the dates and times of all location recordings, for the time period described in Section I;

c. All images, videos, or other files containing the integrated or embedded location data

reflecting that the file was created during the time period described in Section I; and

    d. The types of service utilized.

In addition, for any Google accounts linked to the accounts or identifiers listed in Attachment A by HTTP cookies, recovery email address, or telephone number, the Provider is required to disclose all records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number).

This warrant is not intended to include Cell Site Location Information (CSLI) estimates.